

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-13-00339-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 11-CRS-272
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

 The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The Appellant's brief is due July 9, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court